IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RICKY ASHLEY**                                                                PLAINTIFF

v.                              4:12-cv-477-DPM

**SUSAN WEBBER WRIGHT,**
United States District Judge; *et al.*                              DEFENDANTS

JUDGMENT

Ashley's complaint, *Document No. 1*, and amended complaint, *Document No. 2*, are dismissed without prejudice.

*signature*

D.P. Marshall Jr.
United States District Judge

8 October 2012